# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160772

SARON E. MARQUARDT, Personal
Representative of the ESTATE OF
SANDRA D. MARQUARDT,
     Plaintiff-Appellant,

v

SC: 160772
COA: 343248
Washtenaw CC: 12-000621-NH

VELLAIAH DURAI UMASHANKAR, M.D.,
     Defendant-Appellee.
_____/

On order of the Chief Justice, this case is sua sponte adjourned from the April 2021 oral argument session of the Court. The clerk of the court is directed to reschedule the case for argument at the May 2021 session.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2021



Clerk